WHITBECK v. BILLINGS *et al.,* appellants.

*School law — sale for tax without notice — costs.*

A school collector by the direction of the trustee, without giving the two weeks' notice required by law, seized and sold plaintiff's property for school tax. In an action against the collector and trustee, the court certified the acts were done in good faith. *Held,* that the defendants were liable for trespass, but plaintiff, having the right of appeal to the superintendent of public instruction, was not entitled to costs in the action. Laws 1864, chap. 555, tit. 13, § 6; *Clarke* v. *Rathbone,* 38 N. Y. 58.

APPEAL from an order directing the clerk to tax plaintiff's costs, in an action brought by James A. Whitbeck against Stephen Billings and Dennis Maguire, for the seizure and sale of plaintiff's property for a school tax.

The head-note gives the only point passed upon in the opinion.

BARNARD, P. J.

*Order reversed.*